131 P.3d 1240

# INTERMEDIATE COURT OF APPEALS OF HAWAIʻI

**April 10, 2006**

| 25892 | Lee v. Transamerica Occidental Life Ins. Co. | Affirmed |
|---|---|---|

**April 12, 2006**

| 27072 | W.B., In re | Affirmed˙ |
|---|---|---|

**April 13, 2006**

| 26933 | Doe, In re | Affirmed |
|---|---|---|
| 27017 | K-F Children, In re | Affirmed |

**April 17, 2006**

| 26155 | Aholelei v. Monell | Affirmed |
|---|---|---|
| 26503 | State v. Kakugawa | Affirmed |

**April 19, 2006**

| 26935 | Fisher v. Fisher | Affirmed |
|---|---|---|